**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIMYUNA JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OF BELLWOOD POLICE DEPARTMENT AND DETECTIVE HERNANDEZ,<br><br>Defendants. | ) | Case No. 1:22-cv-00526<br><br>Hon. Mary M. Rowland |

**STIPULATION TO DISMISS**

IT IS HEREBY stipulated and agreed by and between Plaintiff, KIMYUNA JACKSON, and Defendants, VILLAGE OF BELLWOOD POLICE DEPARTMENT and DETECTIVE HERNANDEZ, that this lawsuit is hereby dismissed with prejudice and without costs to either party, the case having been settled.

**Plaintiff Kimyuna Jackson**

By: Kimyuna.Jackson___________
Kimyuna.Jackson

Kimyuna.Jackson
P.O. Box 88214
Carol Stream, IL 60188
jacksonkimyuna@yahoo.com

**Defendants Village of Bellwood Police Department and Detective Hernandez**

By: /s/ Robert P. Hoban III
One of their Attorneys

Robert P. Hoban III
Ancel Glink, P.C.
140 S. Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
rhoban@ancelglink.com